UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| RICHARD TUDOR, | CIVIL ACTION NO. 5:16-387-KKC |
| Plaintiff, | |
| V. | ORDER |
| EOS CCA, *assumed name for* COLLECTO, INC., *et al.*, | |
| Defendants. | |

\*\*\* \*\*\* \*\*\*

In accordance with plaintiff's notice of voluntary dismissal with prejudice (DE 4), this matter is **DISMISSED** and **STRICKEN** from the Court's active docket.

Dated February 14, 2017.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY